No. 21-13632-F

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

MEGAN GARCIA,

Appellee,

v.

SUE ASHWORTH, et al.

Appellants.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

2:18-CV-02079-KOB; 2:19-CV-00114-KOB

_____

APPELLANTS' JOINT MOTION FOR ADDITIONAL TIME FOR ORAL
ARGUMENT (*UNOPPOSED)[1]

_____

---

[1] Appellee Ratliff does not oppose this Motion; Appellee Garcia takes no position on this Motion.

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The undersigned counsel of record for Appellants hereby respectfully submit this Certificate of Interested Persons and Corporate Disclosure Statement in accordance with 11th Cir. R. 26.1-2, and list the following entities/persons as parties in the above-styled proceeding:

1. Alabama District Attorneys Association – Law Firm representing Amicus Curiae
2. Ashworth, Sue – Defendant/Appellant
3. Boles Holmes Parkman White, LLC – Law Firm representing Plaintiff/Appellee Victor Revill
4. Bowdre, Karon O. – United States District Judge
5. Casey, Pamela – Defendant
6. Cornelius, Staci G. – United States Magistrate Judge
7. Frawley, Jamie Helen Kidd – Counsel for Defendants/Appellants Sue Ashworth and Bryan K. Ratliff
8. Frost, Kent William – Counsel for Plaintiff/Appellee Victor Revill
9. Garcia, Megan – Plaintiff/Appellee
10. Gespass & Johnson – Law Firm representing Plaintiff/Appellee Megan Garcia
11. Gespass, David – Counsel for Plaintiff/Appellee Megan Garcia

12. Gilliland, Scott – Defendant

13. Goldthwaite, Mary A. – Counsel for Defendants Pamela Casey and Scott Gilliland

14. LaCour, Edmund G., Jr. - Counsel for Defendants Pamela Casey and Scott Gilliland

15. Lasseter Law Firm, P.C. – Law Firm representing Plaintiff/Appellee Megan Garcia

16. Lasseter, Alan B – Counsel for Plaintiff/Appellee Megan Garcia

17. Marshall, Steve – Alabama Attorney General; Counsel for Defendants Pamela Casey and Scott Gilliland

18. Matson, Barry D - Executive Director of Alabama District Attorneys Association; Counsel for Amicus Curiae

19. McNeill, J. Randall – Counsel for Defendants/Appellants Sue Ashworth and Bryan K. Ratliff

20. Norman, Suzanne Rebecca – Counsel for Defendant/Appellee Victor Revill

21. Office of the Attorney General – Law Firm representing Defendants Pamela Casey and Scott Gilliland

22. Proctor, R. David – United States District Judge

23. Ratliff, Bryan K. – Defendant/Appellant

24. Revill, Victor – Plaintiff/Appellee

25. Tartt, Clayton R. – Counsel for Plaintiff/Appellee Victor Revill

26. Webb McNeill Walker PC – Law Firm representing Defendants/Appellants Sue Ashworth and Bryan K. Ratliff

27. Willis, Joshua Alan – Counsel for Defendants/Appellants Sue Ashworth and Bryan K. Ratliff

28. Wilson, Thomas A. – Counsel for Defendants Pamela Casey and Scott Gilliland

## CORPORATE DISCLOSURE STATEMENT

COME NOW, Sue Ashworth and Bryan K. Ratliff and Pamela Casey and Scott Gilliand, and in accordance with the Order of this Court and Federal Rules of Appellate Procedure, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates, or similar reportable entities:

Appellants have no reportable entities.

## APPELLANTS' JOINT MOTION FOR ADDITIONAL TIME FOR ORAL ARGUMENT(UNOPPOSED)

The Appellants in this case hereby respectfully request that the time limitation for oral argument in this case be extended to twenty (20) minutes per side, as follows:

1. These consolidated cases involve multiple claims brought against each of the four Defendant-Appellants by the Plaintiffs-Appellees. Plaintiffs-Appellees Garcia and Revill are represented by separate counsel, as are Defendants-Appellants Ashworth/Ratliff and Casey/Gilliland. Although there is obvious overlap amongst the various claims and issues, each claim made by each Plaintiff-Appellee against each individual Defendant-Appellant is still distinct, and the Parties have each raised certain arguments that are unique to them.

2. Further, these appeals come before this Court in very different procedural postures. Defendants-Appellants Ashworth and Ratliff are appealing both the summary judgment granted against them and the denial of their motion for summary judgment. Defendants-Appellants Casey and Gilliland are only appealing the denial of summary judgment; however, more claims have been alleged against them.

3. The Appellants therefore respectfully request that oral argument in this case be extended by five (5) minutes per side, so that each side will have a total of

twenty (20) minutes. This extension will help ensure that there is adequate time for presentation by all Parties.

4. Counsel for Appellants contacted Appellees' Counsel regarding this Motion. Counsel for Appellee Revill indicated that they would not join the Motion, but also would not oppose it. Counsel for Appellee Garcia stated that they "take no position on the motion and leave it to the court to decide."

5. Counsel for Appellants Casey and Gilliland have reviewed this Motion and given Counsel for Appellants Ashworth and Ratliff permission to file with their electronic signature.

Respectfully submitted this 17th day of February 2023.

| **/s/Thomas A. Wilson** | **/s/Jamie Helen Kidd Frawley** |
|---|---|
| Steve Marshall | J. RANDALL McNEILL (ASB-4841-E29J) |
| Edmund G. LaCour, Jr. | JAMIE H. KIDD FRAWLEY (ASB-7662-M76H) |
| Thomas A. Wilson | JOSHUA A. WILLIS (ASB-4928-M10T) |
| Brad A. Chynoweth | |
| Tara S. Hetzel | |
| Mary Goldthwaite | |
| State of Alabama | WEBB MCNEILL WALKER PC |
| OFFICE OF THE ATTORNEY GENERAL | One Commerce Street, Suite 700 (36104) |
| 501 Washington Avenue | Post Office Box 238 |
| Montgomery, AL 36109 | Montgomery, Alabama 36101-0238 |
| (334) 242-7300 – T | T-(334) 262-1850 |
| (334) 242-2433 – F | jfrawley@wmwfirm.com |
| Thomas.wilson@Alabamaag.gov | *Attorneys for Appellants Ashworth and Ratliff* |
| *Attorneys for Pamela Casey and Scott Gilliland* | |

# CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of February 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Alan Lasseter | David Gespass |
|---|---|
| LASSETER LAW FIRM, P.C. | GESPASS & JOHNSON |
| 301 19th Street North | P.O. Box 550242 |
| Suite 580 | Birmingham, AL 35255-0242 |
| Birmingham, AL 35203-3145 | (205) 323-5966 – T |
| (205) 458-1212 – T | (205) 323-5990 – F |
| alan@lasseterlaw.com | pass.gandjlaw@gmail.com |
| *Attorney for Plaintiff Garcia* | *Attorney for Plaintiff Garcia* |

8

Barry D. Matson
Executive Director
Alabama District Attorneys Association
515 South Perry Street
P.O. Box 4780
Montgomery, AL 36104
(334) 242-4191
Barry.matson@alabamaada.gov

Clayton R. Tartt
Kent W. Frost
Suzanne R. Norman
BOLES HOLMES PARKMAN WHITE, LLC
1929 3rd Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 502-2000 – T
(205) 847-1285 – F
ctartt@bhpwlaw.com
kfrost@bhpwlaw.com
snorman@bhpwlaw.com
*Attorneys for Plaintiff Revill*

                         **/s/Jamie Helen Kidd Frawley**
                         OF COUNSEL

## CERTIFICATE OF COMPLIANCE WITH TYPE – VOLUME LIMITATION

The undersigned attorney certifies that this corrected principal brief, filed on behalf of Appellants/Defendants complies with Rule 27(d)(2) in that it contains no more than 5,200 words. The entire brief, beginning with the page entitled "Statement of the Issues" through the Conclusion, contains 282 words.

Respectfully submitted this 17th day of February 2023.

**/s/Jamie Helen Kidd Frawley**
OF COUNSEL